NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-1119

THE OHIO WILLOW WOOD COMPANY,

Plaintiff/Counterclaim Defendant-Appellant,

v.

THERMO-PLY, INC.,

Defendant/Counterclaimant-Appellee,

and

COASTAL LINERS, LLC,

Counterclaimant-Appellee.

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0274, Judge Ron Clark.

- - - - - - - - - - - - - - - - - - - - - -

## 2010-1269

THE OHIO WILLOW WOOD COMPANY,

Plaintiff/Counterclaim Defendant-Appellee,

v.

THERMO-PLY, INC.,

Defendant/Counterclaimant-Appellant,

and

COASTAL LINERS, LLC,

Counterclaimant.

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0274, Judge Ron Clark.

ON MOTION

## O R D E R

Thermo-Ply Inc. moves to consolidate the two above-captioned appeals. The Ohio Willow Wood Company opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. The cases will be treated as companion cases and will be argued consecutively before the same merits panel.

FOR THE COURT

**MAY 0 4 2010**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jeffrey S. Standley, Esq.
Richard E. Fee, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 4 2010

JAN HORBALY
CLERK

2010-1119, -1269

- 2 -